Case No: 03-4002

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WINSTON NATHANIEL ALLEN

    Defendant - Appellant

05 MAR 11 AM 11:29

**FILED**

MAR 10 2005

LEONARD GREEN, Clerk

1:00cr64

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                        ENTERED PURSUANT TO RULE 45(a),
                        RULES OF THE SIXTH CIRCUIT.
                        Leonard Green, Clerk